UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DENZEL ARTHUR SIMMONS,

   Petitioner,      Case No. 1:19-cv-160

v.            Honorable Paul L. Maloney

SHANE JACKSON,

   Respondent.
_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** because there is another petition relating to these convictions already pending in this Court.

Dated: March 14, 2019      /s/ Paul L. Maloney
               Paul L. Maloney
               United States District Judge